UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD F. DELADE, | : | CIVIL ACTION NO. |
| | : | 3:16-CV-0415 |
| Plaintiff, | : | |
| | : | (HONORABLE |
| vs. | : | ROBERT D. MARIANI) |
| | : | |
| JOHN CARGAN, | : | FILED VIA ECF |
| | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

## ORDER

AND NOW, this 30th day of May, 2017, upon consideration of Plaintiff's Motion to Correct Caption;

The Court, having been fully informed and good cause having been shown;

It is hereby ORDERED and DECREED that said Motion be and the same hereby is GRANTED. Accordingly, the caption and docket shall be corrected to show the Defendant as John Cargan.

BY THE COURT:

_____
Robert D. Mariani, J.

**FILED
SCRANTON**

MAY 3 0 2017

PER _____
DEPUTY CLERK